UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case: 1:22-cr-00290 |
| : | Assigned to: Judge Mehta, Amit P. |
| v. : | Assign Date: 8/31/2022 |
| : | Description: INDICTMENT (B) |
| KELLYE SORELLE, : | Related Case Nos: 22-cr-15 and 21-cr-28 (APM) |
| : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, the instant application to seal, and this Order are sealed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Indictment.

3. IT IS FURTHER ORDERED that the Indictment in this case be unsealed upon the execution of the Arrest Warrant for Kellye SoRelle.

Date: August 31, 2022

_Robin M. Meriweather_
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

1