AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-cr-00290 |
| KELLYE SORELLE | ) Assigned to: Judge Mehta, Amit P. |
|  | ) Assign Date: 8/31/2022 |
|  | ) Description: INDICTMENT (B) |
|  | ) Related Case Nos: 22-cr-15 and 21-cr-28 (APM) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  KELLYE SORELLE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k)
(Conspiracy to Obstruct an Official Proceeding)

18 U.S.C. §§ 1512(c)(2), 2
(Obstruction of an Official Proceeding and Aiding and Abetting)

18 U.S.C. § 1752(a)(1)
(Entering and Remaining in a Restricted Building or Grounds)

18 U.S.C. § 1512(b)(2)(A)-(B)
(Obstruction of Justice—Tampering with Documents)

Date:  08/31/2022

*Issuing officer's signature*

City and state:  Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) August 31, 2022, and the person was arrested on (date) September 1, 2022
at (city and state) Junction, Texas

Date: 9/1/2022

*Arresting officer's signature*

John Moore, Special Agent
*Printed name and title*