# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | : Criminal No. 22-cr-290 |
| | : |
| **KELLYE SORELLE** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Louis Manzo is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


*/s/ Louis Manzo*
Louis Manzo
Special Assistant United States Attorney
Massachusetts Bar No. 688337
United States Attorney's Office
District of Columbia
(202) 262-6570
Louis.manzo@usdoj.gov