# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Criminal No. 22-cr-290-APM |
| | : |
| KELLYE SORELLE | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Jeffrey Nestler is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


 /s/ Jeffrey Nestler
_____
Jeffrey Nestler
D.C. Bar No. 978296
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
202-252-7277
Jeffrey.nestler@usdoj.gov