NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:22-CR-00290-APM

**KELLYE SORELLE**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☐ RETAINED     ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Horatio R. Aldredge /Texas 00795216
(Attorney & Bar ID Number)

Federal Public Defender
(Firm Name)

504 Lavaca St., Ste. 960
(Street Address)

Austin          TX          78701
(City)         (State)       (Zip)

(512) 916-5025
(Telephone Number)