AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

KELLYE SORELLE

Defendant

)
)
) Case: 1:22-cr-00290
) Assigned to: Judge Mehta, Amit P.
) Assign Date: 8/31/2022
) Description: INDICTMENT (B)
) Related Case Nos: 22-cr-15 and 21-cr-28 (APM)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KELLYE SORELLE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k)
(Conspiracy to Obstruct an Official Proceeding)

18 U.S.C. §§ 1512(c)(2), 2
(Obstruction of an Official Proceeding and Aiding and Abetting)

18 U.S.C. § 1752(a)(1)
(Entering and Remaining in a Restricted Building or Grounds)

18 U.S.C. § 1512(b)(2)(A)–(B)
(Obstruction of Justice—Tampering with Documents)

Date:  08/31/2022

*[signature]* Robin M. Meriweather

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* August 31, 2022, and the person was arrested on *(date)* September 1, 2022
at *(city and state)* Junction, Texas.

Date: 9/1/2022

*[signature]*
*Arresting officer's signature*

John Moore, Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00290 |
| | ) Assigned to: Judge Mehta, Amit P. |
| KELLYE SORELLE | ) Assign Date: 8/31/2022 |
| | ) Description: INDICTMENT (B) |
| | ) Related Case Nos: 22-cr-15 and 21-cr-28 (APM) |
| | ) |
| *Defendant* | Austin case 1:22-MJ-743-DH |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KELLYE SORELLE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k)
(Conspiracy to Obstruct an Official Proceeding)

18 U.S.C. §§ 1512(c)(2), 2
(Obstruction of an Official Proceeding and Aiding and Abetting)

18 U.S.C. § 1752(a)(1)
(Entering and Remaining in a Restricted Building or Grounds)

18 U.S.C. § 1512(b)(2)(A)-(B)
(Obstruction of Justice—Tampering with Documents)

Date: 08/31/2022

*Issuing officer's signature:* Robin M. Meriweather

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

**FILED**
September 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JF_____
          DEPUTY

RECEIVED
AUG 3 1 2022
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

Austin case 1:22-MJ-743-DH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| KELLYE SORELLE, | : | COUNT 1: |
| | : | 18 U.S.C. § 1512(k) |
| Defendant. | : | (Conspiracy to Obstruct an Official Proceeding) |
| | : | |
| | : | COUNT 2: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding and Aiding and Abetting) |
| | : | |
| | : | COUNT 3: |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted Building or Grounds) |
| | : | |
| | : | COUNT 4: |
| | : | 18 U.S.C. § 1512(b)(2)(A)-(B) |
| | : | (Obstruction of Justice—Tampering with Documents) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT ONE
## (18 U.S.C. § 1512(k))
### (Conspiracy to Obstruct an Official Proceeding)

From in and around December 2020, through in and around January 2021, in the District of Columbia and elsewhere, **KELLYE SORELLE** did knowingly combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to corruptly obstruct, influence, and impede an official proceeding, that is, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18, in violation of Title 18, United States Code, Section 1512(c)(2).

(In violation of Title 18, United States Code, Section 1512(k))

## COUNT TWO
## (18 U.S.C. §§ 1512(c)(2), 2)
### (Obstruction of an Official Proceeding and Aiding and Abetting)

On or about January 6, 2021, within the District of Columbia and elsewhere, **KELLYE SORELLE** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18, and did aid and abet others known and unknown to the Grand Jury to do the same.

(In violation of Title 18, United States Code, Sections 1512(c)(2), 2)

### COUNT THREE
### (18 U.S.C. § 1752(a)(1))
### (Restricted Building or Grounds)

On or about January 6, 2021, in the District of Columbia, **KELLYE SORELLE** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(In violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT FOUR
### (18 U.S.C. § 1512(b)(2)(A)-(B))
### (Obstruction of Justice—Tampering with Documents)

On or about January 7, 2021, in the District of Columbia and elsewhere, **KELLYE SORELLE** did corruptly persuade and attempt to corruptly persuade other persons with intent to cause and induce such persons to (A) withhold records, documents, and other objects from an official proceeding, that is, the Grand Jury investigation into the attack on the United States Capitol on January 6, 2021, and (B) alter, destroy, mutilate, and conceal objects with intent to impair the objects' integrity and availability for use in such a Grand Jury investigation.

(In violation of Title 18, United States Code, Section 1512(b)(2)(A)-(B))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/jsb*

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| v. | § § § | Case Number: AU:22-M -00743(1) |
| (1) Kellye Sorelle | | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substituted attorney is appointed.

SIGNED this 1st day of September, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.  Case Number: AU:22-M -00743(1)

(1) Kellye Sorelle
*Defendant*

## ORDER

    The above named defendant appeared in Court this day and requested the Court to appoint counsel. The Court has reviewed the defendant's CJA 23 financial affidavit and has determined that the indigency of the defendant is in question. However, in the interests of justice, the Court has decided to appoint an attorney for the defendant and has advised the defendant that he/she may be required to reimburse the Government for the costs of appointed counsel upon completion of the case.

    THEREFORE, IT IS ORDERED that upon any finding of guilt in regards to these current charges, the U.S. Probation Office is instructed to make financial inquiries of the defendant to determine if he/she can repay the costs of court-appointed counsel. The U.S. Probation Office shall report its findings to the judicial officer assigned to the case prior to any sentencing.

Signed this 1st day of September, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                        Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
Sept. 1, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kellye Sorelle | ) Case No. 1:22-mj-00743 |
| | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   US District Court for the District of Columbia 333 Constitution Ave NW WDC
   
   *Place*

   on _____ as directed. _____
   
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20) Additional Conditions of Release                                                                                        Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
  Person or organization  _____
  Address (only if above is an organization)  _____
  City and state  _____  Tel. No.  _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                   Custodian                                    Date

(☑) (7) The defendant must:
  (☑) (a) submit to supervision by and report for supervision to the  U.S. Pretrial Services Office ,
       telephone number  512-916-5297 , no later than  as directed .
  (☑) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☐ ) (d) surrender any passport to:  U.S. Pretrial Services
  ( ☐ ) (e) not obtain a passport or other international travel document.
  (☑) (f) abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the Western District of Texas
       unless otherwise approved by the Court or U.S. Pretrial Services. Must stay away from Washington D.C. except for court appearances or attorney visits.
  (☑) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
       including:  victims/witness/co-defendants

  ( ☐ ) (h) get medical or psychiatric treatment:  _____

  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
       or the following purposes: _____

  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (☑) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
      **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ) (ii) Voice Recognition; or
- ( ) (iii) Radio Frequency; or
- ( ) (iv) GPS.
- ( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
- (✓) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties     Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(☐) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 9/1/22

_____
Judicial Officer's Signature

U.S. Magistrate Judge Dustin Howell
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.

(1) Kellye Sorelle

Case No: AU:22-M-00743(1)
Charging District: District of Columbia
Charging District's Case No: 1:22-cr-290

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court for the District of Columbia<br>Hon. U.S. Magistrate Judge Zia Faruqui | Courtroom No.: | By Zoom |
|---|---|---|---|
| | | Date and Time: | 9/6/22 at 12:00 Noon Central |

The clerk is ordered to transfer any bail deposited in the registry of this Court to the clerk of the court where the charges are pending.

September 01, 2022

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V. | §  CAUSE NO. AU:22-M-743(1) |
| KELLYE SORELLE | § § § |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Horatio R. Aldredge, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 00795216

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Matthew B. Devlin
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701

/s/ HORATIO R. ALDREDGE

<u>Q</u>uery    <u>R</u>eports    <u>U</u>tilities    <u>H</u>elp    What's New    Log Out

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CRIMINAL DOCKET FOR CASE #: 1:22-mj-00743-DH-1

Case title: USA v. Sorelle                                Date Filed: 09/01/2022

Other court case number: 1:22-CR-290 District of Columbia

---

Assigned to: Judge Dustin M. Howell

**Defendant (1)**

| | |
|---|---|
| **Kellye Sorelle** | represented by **Horatio R. Aldredge**<br>Federal Public Defenders' Office<br>Lavaca Plaza<br>504 Lavaca St., Ste 960<br>Austin, TX 78701<br>(512)916-5025<br>Fax: 512/916-5035<br>Email: Horatio_Aldredge@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| | **Duty Pub. Defender-Austin**<br>Office of the Federal Public Defender<br>Austin Division<br>504 Lavaca St., Suite 960<br>Austin, TX 78701<br>(512) 916-5025<br>Fax: (512) 916-5035<br>Email: norma_g_medrano@fd.org<br>*TERMINATED: 09/01/2022*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| 18:1512K.F TAMPERING WITH WITNESS, VICTIM, OR AN INFORMANT; 18:1512C.F TAMPERING WITH A WITNESS, VICTIM, OR AN INFORMANT; 18:1752.P TEMPORARY RESIDENCE OF THE PRESIDENT; 18:1512B.F INTIMIDATION OR FORCE AGAINST WITNESS | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew B. Devlin**<br>Assistant United States Attorney<br>903 San Jacinto Blvd.<br>Suite 334<br>Austin, TX 78701<br>(512) 916-5858<br>Fax: (512) 370-1292<br>Email: matt.devlin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2022 | 1 | Arrest (Rule 5 - District of Columbia) of Kellye Sorelle jf) (Entered: 09/01/2022) |
| 09/01/2022 | 2 | CJA 23 Financial Affidavit by Kellye Sorelle (SEALED pursuant to E-Government Act of 2002). (jf) (Entered: 09/01/2022) |
| 09/01/2022 | 3 | Minute Entry for proceedings held before Judge Dustin M. Howell:Initial Appearance in Rule 5(c)(3) Proceedings as to Kellye Sorelle held on 9/1/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) (Entered: 09/01/2022) |
| 09/01/2022 | | Oral WAIVER of Identity Hearing by Kellye Sorelle (jf) (Entered: 09/01/2022) |
| 09/01/2022 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kellye Sorelle Duty Pub. Defender-Austin for Kellye Sorelle appointed. Signed by Judge Dustin M. Howell. (jf) (Entered: 09/01/2022) |
| 09/01/2022 | 5 | Order Regarding Financial Status as to Kellye Sorelle. Signed by Judge Dustin M. Howell. (jf) (Entered: 09/01/2022) |
| 09/01/2022 | 6 | ORDER Setting Conditions of Release. Signed by Judge Dustin M. Howell. (jf) (Entered: 09/01/2022) |
| 09/01/2022 | 7 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Kellye Sorelle. Signed by Judge Dustin M. Howell. (jf) (Entered: 09/01/2022) |

| | | |
|---|---|---|
| 09/01/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: Horatio R. Aldredge appearing for Kellye Sorelle . Attorney Horatio R. Aldredge added to party Kellye Sorelle(pty:dft) (Aldredge, Horatio) (Entered: 09/01/2022) |