IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW Defendant Kellye SoRelle, by and through her attorney, and files this Unopposed Motion to Continue Status Conference, and would show the Court the following:

**I**

This case is set for a status conference by videoconference on March 10, 2023 at 2:00 p.m. Defendant SoRelle now requests a continuance of this setting to March 31, 2023 at 2:00 p.m. This continuance is sought in the interest of justice and not for purpose of delay. Defendant SoRelle agrees and understands that the time between now and March 31 will be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

**II**

The Government is unopposed to this request.

Wherefore Defendant SoRelle respectfully requests that the status conference in this case be continued to March 31, 2023 at 2:00 p.m.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

By: _____
/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kathryn L. Rakoczy
Troy A. Edwards
Assistant U.S. Attorneys
USAO – D.D.C.
601 D Street NW
Washington, D.C. 20530

_____
/s/ HORATIO R. ALDREDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § § | |

**ORDER**

ON THIS DATE came on to be considered Defendant Kellye SoRelle's Unopposed Motion to Continue Status Conference, and the requested relief is hereby GRANTED.

The Court finds that for the reasons stated in the Defendant's motion, the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

IT IS THEREFORE ORDERED THAT the Status Conference in this matter is hereby reset to _____, _____, at _____ a.m./p.m.

SIGNED THIS _____ DAY OF MARCH 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE