IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO MOTION**

COMES NOW Defendant Kellye SoRelle, by and through her attorney, and files this Unopposed Motion to Extend Deadline for Response to Motion, and would show the Court the following:

**I**

On March 1, 2023, the Government filed a Motion for Joinder of Cases for Trial. Per Local Criminal Rule 47(b), Ms. SoRelle has a deadline of today March 15, 2023 to file a response to that motion. Ms. SoRelle now seeks an extension of that deadline to March 31, 2023 so that she may have sufficient time to review additional necessary information about the three proposed codefendants in order to evaluate the propriety of the requested joinder.

**II**

The Government is unopposed to this request.

Wherefore Defendant SoRelle respectfully requests that the deadline for her response to the Government's Motion for Joinder of Cases for Trial be extended to March 31, 2023.

      Respectfully submitted.

      MAUREEN SCOTT FRANCO
      Federal Public Defender

By:  _____
    /s/ HORATIO R. ALDREDGE
    Supervisory Assistant Federal Public Defender
    Western District of Texas
    Lavaca Plaza
    504 Lavaca, Suite 960
    Austin, Texas 78701
    (512) 916-5025
    (512) 916-5035 (FAX)
    Bar Number: Texas 00795216

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kathryn L. Rakoczy
Troy A. Edwards
Assistant U.S. Attorneys
USAO – D.D.C.
601 D Street NW
Washington, D.C. 20530

      _____
      /s/ HORATIO R. ALDREDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § § | |

**ORDER**

ON THIS DATE came on to be considered Defendant Kellye SoRelle's Unopposed Motion to Extend Deadline for Response to Motion, and the requested relief is hereby GRANTED.

IT IS THEREFORE ORDERED THAT the deadline for Defendant SoRelle's response to the United States' Motion for Joinder of Cases for Trial is extended to March 31, 2023.

SIGNED THIS _____ DAY OF MARCH 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE