UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-290 (APM) |
| | : | |
| **KELLYE SORELLE,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF ADOPTING MOTIONS IN LIMINE FILED IN RELATED/JOINED MATTER

Defendant Kellye SoRelle stands charged with participating in a plot to stop, hinder, or delay the Certification of the Electoral College vote on January 6, 2021, and with encouraging her co-conspirators to destroy evidence of their participation in this crime. Her case has been joined for trial with that of two defendants in related Case No. 21-cr-28: Donovan Crowl and James Beeks. Trial is scheduled to begin on July 10, 2023.

The United States hereby provides notice that it adopts the motions *in limine* filed in Case No. 21-cr-28, *see* ECF No. 778, with respect to Defendant SoRelle.   For the reasons stated in that prior filing, the United States respectfully requests that this Court preclude improper argument or evidence concerning: (1) a public-authority or entrapment-by-estoppel defense; (2) any defense based on the actions or inaction of law enforcement; (3) any defense based on the actions of other rioters or the status, disposition, and pendency of their cases or charges; (4) and any defense based on diminished mental or physical capacity; and (5) cross-examination of any witness with the Secret Service.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:        /s/
        Kathryn L. Rakoczy
        D.C. Bar No. 994559
        Troy A. Edwards, Jr.
        Alexandra Hughes
        Jeffrey S. Nestler
        Assistant United States Attorneys
        601 D Street, N.W., Room 5236
        Washington, DC   20530