## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-cr-290 (APM) |
| : | |
| **KELLYE SORELLE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Having considered Defendant Kelley Sorelle's motion for competency restoration, as well as the reports submitted by the parties' medical experts, each of whom concluded that Defendant was presently incompetent to stand trial but likely to regain in the foreseeable future, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering her mentally incompetent, to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, but that there is a substantial probability that in the foreseeable future she will attain the capacity to permit the proceedings to go forward.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant's motion for competency restoration be, and hereby is, **GRANTED**;

**AND IT IS FURTHER ORDERED** that Defendant shall be committed to the custody of the Attorney General for hospitalization for treatment in a suitable medical facility for the purposes of competency restoration;

**AND IT IS FURTHER ORDERED** that Defendant need not report to the custody of the Attorney General until space is available at the suitable medical facility designated by the Attorney General for her treatment;

**AND IT IS FURTHER ORDERED** that once Defendant is hospitalized at the suitable medical facility, the director of the facility shall prepare every 60 days a report concerning the mental condition of Defendant, and these reports shall be promptly provided to this Court and the parties; and

**AND IT IS FURTHER ORDERED** that if and when the director of the facility in which Defendant is hospitalized determines that Defendant has recovered to such an extent that she is able to understand the nature and consequences of the proceedings against her and to assist properly in her defense, the director of the facility shall promptly file a certificate to that effect with the clerk of this Court, and copies of the report shall be made available to the parties.

_____
HONORABLE AMIT P. MEHTA
United States District Judge