IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § § | |

**O R D E R**

On this day there came before the Court Defendant's Unopposed Motion for Transportation and Subsistence Expenses and after considering same it is hereby GRANTED/DENIED.

The United States Marshals Service for the District of Columbia shall furnish Defendant Kellye SoRelle with transportation and subsitence expenses, not to exceed the amount authorized by law, 1) from Austin, Texas, to Washington, D.C. to enable Ms. SoRelle to attend her court appearance on July 17, 2024, at 10:00 a.m., and 2) from Washington, D.C. back to Austin, Texas after Ms. SoRelle's appearance on July 17, 2024.

All other bond conditions remain in effect.

SIGNED THIS _____ DAY OF JULY 2024.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE