**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 22-cr-290-APM** |
| | **:** | |
| **KELLYE SORELLE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE PLEA HEARING**
**AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the parties' joint motion to continue the plea hearing, scheduled for Wednesday, July 17, 2024. The parties request the Court reschedule the plea hearing for Wednesday, August 21, 2024, and to exclude time under the Speedy Trial Act.

The parties jointly submit that it is in the interests of justice to exclude the time between July 17, 2024, to August 21, 2024, under the Speedy Trial Act, so that the Court and the parties can arrange for a guilty plea hearing. Defendant SoRelle has been advised of her right to a speedy trial and agrees to exclude time under the Speedy Trial Act until August 21, 2024.

WHEREFORE, the United States respectfully requests, jointly on behalf of the parties, that

the Court reschedule this week's plea hearing to August 21, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:                          /s/
          Kathryn L. Rakoczy
          Assistant United States Attorney
          D.C. Bar No. 994559

                             /s/
          Eli J. Ross
          Assistant United States Attorney
          IL Bar No. 6321411

                             /s/
          Kathryn L. Rakoczy
          Assistant United States Attorney
          PA Bar No. 320922

2