IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § § | |

**O R D E R**

On this day there came before the Court Defendant's Amended Unopposed Motion for Transportation and Subsistence Expenses and after considering same it is hereby GRANTED/DENIED.

The United States Marshals Service for the District of Columbia shall pay for Defendant Kellye SoRelle's transportation from Austin, Texas, to Washington, D.C. and for attendant subsitence expenses, not to exceed the amount authorized by law, to enable Ms. SoRelle to attend her court appearance on August 21, 2024.

All other bond conditions remain in effect.

SIGNED THIS _____ DAY OF JULY 2024.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE