# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Criminal No. 22-cr-290 (APM) |
| | ) |
| **KELLYE SORELLE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER AMENDING MINUTE ORDER

Having been advised by the U.S. Marshals Service (USMS) that the court's Minute Order of January 7, 2025, regarding transportation and subsistence expenses exceeds the scope of 18 U.S.C. § 4285, the court hereby amends its Minute Order as follows: USMS shall furnish Defendant the fare for transportation from Austin, Texas, to Washington, D.C., so that Defendant can attend her sentencing hearing scheduled for January 17, 2025, as well as an amount of money for subsistence expenses to that destination.

Dated: January 10, 2025

Amit P. Mehta
United States District Court Judge