IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 22-cr-290 APM |
| | § | |
| KELLYE SORELLE | § | |

### DEFENDANT KELLYE SORELLE'S SENTENCING MEMORANDUM

Kellye SoRelle files this sentencing memorandum in support of a variance below the guideline range, specifically to a sentence of time served followed by three years of supervised release.[1] ███████████████████████████████████

████████████████████ . ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████ . ████████████

████████████████████████████████████████████████████████████

████████████████████████████████

**A.**   Kellye SoRelle's life began to fall apart after she and her then-husband ██████ and their ██████ moved from Brownsville, TX to Granbury, TX in 2017. ████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████ reports that until that time she had been dedicated to her family and was a successful lawyer.  Both ██████ and SoRelle

---

[1] SoRelle maintains that: 1) neither the § 2J1.2(b)(3)(A) specific offense characteristic in ¶ 105 off the PSR nor the role adjustment in ¶ 107 should apply; 2) the §4C1.1 Zero Point Offender adjustment should apply; and 3) therefore the Total Offense level should be 10 (14-2-2), resulting in a guideline range of 6-12 months.  With respect to the § 4C1.1 adjustment,  SoRelle is not disqualified under subsection (a)(3) because she did not personally use violence or credible threats of violence in connection with the offense. *See United States v. Yang*, __ F.Supp.3d __, 2024 WL 519962 *4-5 (D. D.C. February 9, 2024).

practiced together in the Cameron County, Texas District Attorney's Office for 7 years. ▇ confirms that SoRelle was celebrated by the Cameron County Bar Association as the Cameron County Prosecutor of the Year for 2017. At the Cameron County DA's Office, SoRelle worked her way up to supervisor of the family and elderly division. She regularly conducted trainings and spoke at CLEs on the investigation and prosecution of crimes against children and the elderly.

It was when the family was in Granbury that she met and began to spend time with Stewart Rhodes, the classic grandiose, bombastic, manipulative cult leader. Rhodes exploited SoRelle's training and career as a lawyer for his benefit and that of his movement. To put a fine point on it, Rhodes used her in every sense. Rhodes enmeshed SoRelle in his paranoid, conspiratorial obsessions that were the basis of the movement. This was how Rhodes treated those closest to him. *See* Exhibit A (Guardian article). ▇

SoRelle was gone from the family for days and sometimes weeks on end. When ▇ confronted her about it in early 2020 and told her she needed to choose family or politics, she replied that she was choosing politics. When ▇ presented her with a proposed divorce decree shortly thereafter, she signed it immediately without having read it.

▇. She remained distant from her children and immersed herself in political activities. ▇

▇. *See* Exhibit B (Hood County News article).

The notion that anyone would have viewed SoRelle as a leader seems highly unlikely, ████████████████████████████████████████ Gov't Sent'g Memo., Dkt. 62 at 17. The government elsewhere states claim that there was a "██████████████████████████████."[2] This is wrong. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████. One of the government's own Confidential Human Sources who left the Oath Keepers in November 2020 said that SoRelle was "crazy". Her lawyering cannot have been taken seriously nor provided any inspiration to the troops. *See* Exhibit B at 11 (discussing dismissal of meritless lawsuit with citation to *The Lord of the Rings*). Her "contribution" to the Trump campaign's efforts to expose voter fraud in Michigan in the wake of the election was mistaking a cart of camera equipment for ballot boxes. *See* Exhibit B at 10. An attorney who was an online acquaintance of SoRelle's through "closed Facebook groups where lawyers discussed politics and particulars of law" said:

> "I'm kind of looking at her page and interacting with her some on that page and kind of starting from a place of trying to debate rationally with her about certain things, but you can't have a rational conversation with somebody that's not arguing rationally[…] It just became clear how unhinged she had become. At one point, she was literally telling people, like, you need to hide out in your garage or a basement if you have it, have a shortwave radio, they're going to shut down the communications grid. Like, it's imminent. It's coming. It'll be tomorrow or in the next 48 hours. I mean, it was just Looney Tunes stuff."

*Id.* at 10-11.

---

2 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

To be clear, Rhodes liked to include her in the membership chats and liked to proclaim to the membership and to the outside world that she was an attorney and "former Texas prosecutor" to burnish his own and the movement's credentials. He had her sign the public letters in December for the same reasons.

But in looking at the government's factual recitation describing SoRelle's role leading up to the January 6 events, Dkt. No. 62, pp. 3-6, it consists of a series of messages sent by Stewart Rhodes and of meetings that he organized and conducted in which he included SoRelle. Her conduct at the Capitol grounds on January 6 consisted of walking around and posting on social media. She sent one secure message to the Oath Keepers leadership from Stewart that "We … can't stand down. Per Stewart, and I concur."

In the aftermath, Rhodes conveniently turned his phone off and used SoRelle's phone. He sent messages on her phone, she sent messages at his instruction, and she sent several messages. Rhodes was the one giving direction to delete messages; SoRelle was doing what Rhodes told her to do.

**B.** What does the future hold for SoRelle? She has lost her marriage and family. In July of 2023 she voluntarily agreed to an order of indefinite suspension from the State Bar of Texas due ████████. ████████ Even assuming she could overcome the additional collateral consequences of this conviction, she will have to achieve recovery ████████████.

████████████████████████████████████████████████

████████████████████

████████████████████████████████████████████████

███████████████████████    ███████████████████████████████

███████████████████████████████████████████████

    Hopefully SoRelle can return to some semblance of the life she once led. She was hardworking, family-oriented, and spent much of her legal career in public service. Attached as Exhibit F are three character letters on her behalf.

    In the light of all the facts and circumstances, an appropriate sentence in this case that accounts fully and accurately for the § 3553(a) factors would be a sentence below the advisory guideline, specifically a sentence of time served followed by three years of supervised release.

                                                  Respectfully submitted.

                                                 MAUREEN SCOTT FRANCO
                                                 Federal Public Defender

By:         _____
            /s/ HORATIO R. ALDREDGE
            Supervisory Assistant Federal Public Defender
            Western District of Texas
            Lavaca Plaza
            504 Lavaca, Suite 960
            Austin, Texas 78701
            (512) 916-5025
            (512) 916-5035 (FAX)
            Bar Number: Texas 00795216

            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2025, I delivered the foregoing via electronic mail to the following:

Kathryn L. Rakoczy
Eli Ross
Rebekah Lederer
Assistant U.S. Attorneys
USAO – D.D.C.
601 D Street NW
Washington, D.C. 20530

/s/ HORATIO R. ALDREDGE