IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 22-cr-290 APM |
| § | |
| KELLYE SORELLE § | |

**DEFENDANT SORELLE'S MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant Kellye SoRelle, by and through her attorney, and files this Motion to Continue Sentencing, and would show the Court the following:

**I.**

This case is set for sentencing Friday, January 17, 2025. Defendant SoRelle now requests a continuance of this setting to no earlier than March 7, 2025.

███████████████████████████████████████

███████████████████████████████. First, the government states that

███████████████████████████████████████

███████████████████████████. Gov't Sent'g Memo., Dkt. 62 at 16, 17. Second, the government argues that SoRelle demonstrated a lack of acceptance of responsibility at her plea hearing. *See* Gov't Sent'g Memo., Dkt. 62 at 18 (SoRelle "does not appear to feel any remorse").

███████████████████████████████

████████████████. ████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████



A continuance until no earlier than March 7, 2025, would allow sufficient time for the preparation of the expert report,[2] distribution to the government, and the filing of any supplemental sentencing memoranda by the parties.[3]

This continuance is sought in the interest of justice and not for purpose of delay.

## II.

The Government has not indicated yet whether it is opposed or unopposed to this motion

Wherefore Defendant SoRelle respectfully requests that sentencing in this case be continued to no earlier than March 7, 2025.

---



Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

By: _____
/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kathryn L. Rakoczy
Eli Ross
Rebekah Lederer
Assistant U.S. Attorneys
USAO – D.D.C.
601 D Street NW
Washington, D.C. 20530

_____
/s/ HORATIO R. ALDREDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 22-cr-290 APM |
| KELLYE SORELLE | § | |

**ORDER**

ON THIS DATE came on to be considered Defendant Kellye SoRelle's Motion to Continue Sentencing, and the requested relief is hereby GRANTED.

IT IS THEREFORE ORDERED THAT sentencing in this matter is hereby reset to _____, 2025, at _____ a.m./p.m.

SIGNED THIS _____ DAY OF JANUARY 2025.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE